UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CASE NO. 3:20-cv-5992-TKW-HTC

DAVID POSCHMANN,

    Plaintiff,

v.

NEW WORLD LANDING OF
PENSACOLA, LLC,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, by and through his undersigned counsel, hereby dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) with each side to bear his/its own fees and costs except as may otherwise be agreed.

Dated: March 22, 2021

                                        s/Drew M. Levitt
                                        Drew M. Levitt
                                        Florida Bar No. 782246
                                        drewmlevitt@gmail.com
                                        Lee D. Sarkin, Esq.
                                        Florida Bar No. 962848
                                        Lsarkin@aol.com
                                        4700 N.W. Boca Raton Boulevard
                                        Suite 302
                                        Boca Raton, Florida 33431
                                        Telephone (561) 994-6922
                                        Attorneys for Plaintiff