UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DAVID POSCHMANN,**

    **Plaintiff**,

v.

                                                      Case No. 3:20cv5992-TKW-HTC

**NEW WORLD LANDING OF
PENSACOLA, LLC,**

    **Defendant**.

_____/

## ORDER OF DISMISSAL

Based on Plaintiff's notice of voluntary dismissal (Doc. 7), it is **ORDERED** that this case is dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and the Clerk shall close the file.

**DONE and ORDERED** this 23rd day of March, 2021.

                                                  _T. Kent Wetherell, II_
                                                  **T. KENT WETHERELL, II
                                                  UNITED STATES DISTRICT JUDGE**